**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**TENNESSEE ENTERTAINMENT
CONCEPTS d/b/a THE PONY,**

      **Plaintiff,**

**v.**                              **Civil No. 2:20-cv-02793-JTF-tmp**

**SHELBY COUNTY HEALTH DEPARTMENT
and SHELBY COUNTY GOVERNMENT,**

      **Defendants.**

---

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

      **COMES NOW** the Plaintiff, Tennessee Entertainment Concepts d/b/a The Pony, and gives notice that this action should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Plaintiff states that no Answer or Motion for Summary Judgment has been filed and thus Dismissal without prejudice pursuant to the Rule is appropriate.

Respectfully Submitted By:

 /s/ Edward M. Bearman
Edward M. Bearman (#14242)
*Attorney for Plaintiff*
780 Ridge Lake Boulevard, Suite 202
Memphis, Tennessee 38120
(901) 682-3450
(901) 682-3590 – Fax
ebearman@jglawfirm.com

/s/ Gary E. Veazey
Gary E. Veazey (#10657)
*Attorney for Plaintiff*
780 Ridge Lake Boulevard, Suite 202
Memphis, Tennessee 38120
(901) 682-3450
(901) 682-3590 – Fax
gveazey@jglawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed electronically on this 25th day of November, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below. All other parties will be served by regular U.S. mail and/or email. Parties may access this filing through the Court's electronic filing system.

/s/ Edward M. Bearman